# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154396(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

GARY PATRICK LEWIS,
      Defendant-Appellee.

SC: 154396
COA: 325782
Wayne CC: 14-006454-FH

_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief to March 1, 2017, is GRANTED. The time for filing the supplemental brief of plaintiff-appellant is also extended to March 1, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      January 24, 2017           

Clerk